
RECEIVED
AUG 2 1 2007
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:07-CR-213 |
| Plaintiff, ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| DANIEL JAMES NOLAN, ) | T.18 U.S.C. §2251(a) |
| ) | T.18 U.S.C. §2422(b) |
| Defendant. ) | |
| ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Attempting To Induce A Child To Engage In Criminal Sexual Activities)**

Beginning on or about May 11, 2007 continuing through on or about June 22, 2007, in the Southern District of Iowa, the defendant, DANIEL JAMES NOLAN, did use facilities of interstate and foreign commerce, that is, the Internet and cable systems, to knowingly attempt to persuade, induce, entice, and coerce a minor, that is, a person under the age of eighteen years, that is, a 14-year old girl, to engage in sexual activities for which a person could be charged with offenses, that is, violations of Iowa Code Section 709.4(2)(c).

This is a violation of Title 18, United States Code, Section 2422(b).

**A TRUE BILL.**

/s/
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/ John S. Courter
John S. Courter
Assistant United States Attorney