# UNITED STATES DISTRICT COURT
### FOR THE
# SOUTHERN DISTRICT OF IOWA

## Report on Offender Under Supervision

**Name of Offender:** Daniel James Nolan        **Case Number:** 4:07-cr-00213

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge

**Date of Original Sentence:** August 29, 2008

**Original Offense:** 18 U.S.C. § 2422(b) – Attempting to Induce a Child to Engage in Criminal Sexual Activities

**Original Sentence:** 120 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** March 22, 2017

**Prior Modification(s)/Revocation(s):** None

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Failure to Comply With Sex Offender Treatment | On July 20, 2017, Mr. Nolan failed a sexual history polygraph examination at Assessment Counseling and Associates. Following the examination, Nolan disclosed that prior to his federal offense he engaged in the following behaviors: sodomized his minor daughter, fondled a teenager, engaged in bestiality and forced adults to perform oral sex. |

### U.S. Probation Officer Action:

Due to the fact that Mr. Nolan identified an unreported minor victim, the Probation Office contacted the County Attorney's Office where the alleged conduct occurred and reported the incident. The Probation Office disapproved of Mr. Nolan's past behaviors. Mr. Nolan will be required to retake the polygraph examination and will be responsible for the costs associated with the exam. The Probation Office and the sex offender treatment vendor will assess the risk that Mr. Nolan presents to the community and supervise him accordingly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 28, 2017

by: _____
Wesley M. Lane
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

John Beamer
Assistant United States Attorney

*John E. Beamer* (signature)
Signature

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

☐ Other:

Signature of Judicial Officer

Date