PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

**Name of Offender:** Daniel James Nolan      **Case Number:** 4:07-cr-00213

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge

**Date of Original Sentence:** August 29, 2008

**Original Offense:** 18 U.S.C. § 2422(b) – Attempting to Induce a Child to Engage in Criminal Sexual Activities

**Original Sentence:** 120 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** March 22, 2017

**Prior Modification(s)/Revocation(s):** None

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Failure to Comply With Sex Offender Treatment | On September 20, 2017, Mr. Nolan failed a second sexual history polygraph examination at Assessment and Counseling Associates. During the pre-testing phase of the polygraph examination, Nolan disclosed that he masturbated while working at Dee Zee. |

### U.S. Probation Officer Action:

The Probation Office verbally admonished Mr. Nolan for masturbating while at work. The Probation office disapproved of Nolan's deviant behavior, and the incident was reported to sex offender treatment. The Probation Office and sex offender treatment vendor will reevaluate Mr. Nolan's treatment plan, and asses the risk he presents to the community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 6, 2017

by: _____ for _____
Wesley M Lane
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

- ☒ Does not object to the proposed action.

- ☐ Objects but does not request a formal hearing be set.

- ☐ Objects and will petition the Court requesting that a formal hearing be set.

John E. Beamer<br>Assistant United States Attorney

*[signature: John E. Beamer]*
Signature

## THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

- ☐ Submit a request for modification of the condition or term of supervision.

- ☐ Submit a request for warrant or summons. be set.

- ☐ Other: _____

Signature of Judicial Officer

Date