PROB 12B
(SDIA 05/15)

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF IOWA

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

**Name of Offender:** Daniel James Nolan  **Case Number:** 4:07-cr-00213

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge

**Date of Original Sentence:** August 29, 2008

**Original Offense:** 18 U.S.C. § 2422(b) – Attempting to Induce a Child to Engage in Criminal Sexual Activities

**Original Sentence:** 120 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** March 22, 2017

**Prior Modification(s)/Revocation(s):** None

## PETITIONING THE COURT

☐ To extend the term of supervision for ... years, for a total term of ...years.

☒ To modify the conditions of supervision as follows:

*You must participate in a program of curfew supervision for a period of up to 120 days. During this time, you must remain at your place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. If required, you must maintain a telephone at your place of residence without "call forwarding," "call waiting," a modem, "caller ID," or "call back/call block" services for the above period. You will wear a monitoring device which may include an electronic monitoring device, a global positioning system (GPS) device, random calls, and/or voice verification, and you must follow the monitoring procedures as instructed by the U.S. Probation Officer. You will pay for the location monitoring equipment at the prevailing rate or in accordance with ability to pay.*

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Unauthorized Travel | On June 7, 2018, the Probation Office received notification that Mr. Nolan traveled outside of the Southern District of Iowa. When Nolan was questioned about his unauthorized travel, he advised that on June 2, 2018, he traveled to Mason City, Iowa. Nolan failed to request or receive permission from the Probation Office to travel outside of the Southern District of Iowa. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 7, 2018

by: *[signature]*

Wesley M. Lane
U.S. Probation Officer

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

A. KAHL
Assistant United States Attorney

*[signature: A K]*
Signature

☐ Objects and will petition the Court requesting that a formal hearing be set.

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☐ The modification of conditions as noted above.

☐ The issuance of a summons so a hearing can be held on _____ at _____.

_____
Signature of Judicial Officer

_____
Date

PROB 49
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF IOWA

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*You must participate in a program of curfew supervision for a period of up to 120 days. During this time, you must remain at your place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. If required, you must maintain a telephone at your place of residence without "call forwarding," "call waiting," a modem, "caller ID," or "call back/call block" services for the above period. You will wear a monitoring device which may include an electronic monitoring device, a global positioning system (GPS) device, random calls, and/or voice verification, and you must follow the monitoring procedures as instructed by the U.S. Probation Officer. You will pay for the location monitoring equipment at the prevailing rate or in accordance with ability to pay.*

☐ I agree to the above modification based on the cause outlined in the attached petition.
☒ I do not dispute that I have violated the conditions of my supervision, as outlined in the attached petition and agree to the modification of my conditions as outlined above.
☐ I dispute that I have violated the conditions of my supervision, as outlined in the attached petition, but I agree to the modification of my conditions as outlined above.

Witness _____     Signed _____
(U.S. Probation Officer)                    (Probationer or Supervised Releasee)

6-7-2018
(Date)