PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

**Name of Offender:** Daniel James Nolan  **Case Number:** 4:07-cr-00213

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge

**Date of Original Sentence:** August 29, 2008

**Original Offense:** 18 U.S.C. § 2422(b) – Attempting to Induce a Child to Engage in Criminal Sexual Activities

**Original Sentence:** 120 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** March 22, 2017

**Prior Modification(s)/Revocation(s):** June 7, 2018 – 120 days of electronic monitoring

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. Possession of an Internet Capable Device | On June 10, 2019, the Probation Office conducted an unannounced home contact at the offender's residence. During a tour of the residence, the Probation Office located a ROKU device which was connected to the neighbor's wireless internet. |

### U.S. Probation Officer Action:

The Probation Office verbally admonished Mr. Nolan for possessing an internet capable device. Nolan advised the device belonged to his girlfriend and they were using it watch old televisions shows. The device was searched and there was no evidence of further violations. The girlfriend unplugged the device and advised she will keep it at her residence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 11, 2019

by: _____
Wesley M. Lane
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

_Jason T. Griess_
Assistant United States Attorney

_____
Signature

### THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

☐ Other: _____

_____
Signature of Judicial Officer

_____
Date