PROB 12B
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

**Name of Offender:** Daniel James Nolan        **Case Number:** 4:07-cr-00213

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge

**Date of Original Sentence:** August 29, 2008

**Original Offense:** 18 U.S.C. § 2422(b) – Attempting to Induce a Child to Engage in Criminal Sexual Activities

**Original Sentence:** 120 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** March 22, 2017

**Prior Modification(s)/Revocation(s):** June 7, 2018 – 120 days of curfew supervision

### PETITIONING THE COURT

☐    To extend the term of supervision for … years, for a total term of …years.

☒    To modify the conditions of supervision as follows:

*You will submit to a search of your person, property, residence, adjacent structures, office, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), and other electronic communications or data storage devices or media, conducted by a U.S. Probation Officer. Failure to submit to a search may be grounds for revocation. You must warn any other residents or occupants that the premises and/or vehicle may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your release and/or that the area(s) or item(s) to be searched contain evidence of this violation or contain contraband. Any search must be conducted at a reasonable time and in a reasonable manner. This condition may be invoked with or without the assistance of law enforcement, including the U.S. Marshals Service.*

*You must permit the search of and/or forensic examination of the eTalk Verizon cellular telephone, which was confiscated from your residence on December 9, 2019. The search of the phone may be conducted by the U.S. Probation Office in the Southern District of Iowa and/or the U.S. Probation Office in the Eastern District of Missouri.*

*You must not access the internet or possess and/or use computers (as defined in 18 U.S.C. § 1030(e)(1)), internet capable devices, cellular telephones, and other electronic communications or data storage devices or media without the prior approval of the U.S. Probation Officer. If computer or internet use for employment is approved by the U.S. Probation Officer, you must permit third party disclosure to any employer or potential employer concerning any computer/internet related restrictions that are imposed upon you.*

*If approved by the U.S. Probation Officer to use or possess computers (as defined in 18 U.S.C. § 1030(e)(1)), internet capable devices, cellular telephones, and other electronic communications or data storage devices or media, you must submit your devices to unannounced examinations/searches, and possible removal for a more thorough inspection. You must allow the installation of monitoring hardware and software on such equipment, abide by and cooperate in supplemental conditions of monitoring, and pay the costs associated with this service, as directed by the U.S. Probation Officer. You must notify third parties who use these devices that the devices are subject to monitoring and/or unannounced examinations.*

*You must serve two consecutive weekend jail sentences at the Polk County, Iowa, Jail, as directed by the U.S. Probation Officer.*

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
| --- | --- |
| 1. Possession of an Internet Capable Device | On December 9, 2019, the Probation Office conducted an unannounced home contact at Mr. Nolan's residence. During the home contact, Nolan gave consent to search his cellular telephone. Nolan's cellular telephone was found to have accessed the internet, which was not approved by the Court. |
| 2. Viewing Pornography | When Nolan was questioned about the cellular phone, he disclosed that he used the phone to access the internet to view adult pornography and download music. |
| 3. Possession of a Camera | Additionally, Nolan's cellular telephone had a camera which had not been disabled. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 11, 2019

by: _____
Wesley M. Lane
Senior U.S. Probation Officer

---

The United States Attorney's Office:

[X] Does not object to the proposed action.

[ ] Objects but does not request a formal hearing be set.

[ ] Objects and will petition the Court requesting that a formal hearing be set.

Jason T. Griess
Assistant United States Attorney

_____
Signature

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☐ The modification of conditions as noted above.

☐ The issuance of a summons so a hearing can be held on _____

at _____ .

_____
Signature of Judicial Officer

_____
Date

PROB 49
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF IOWA

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*You will submit to a search of your person, property, residence, adjacent structures, office, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), and other electronic communications or data storage devices or media, conducted by a U.S. Probation Officer. Failure to submit to a search may be grounds for revocation. You must warn any other residents or occupants that the premises and/or vehicle may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your release and/or that the area(s) or item(s) to be searched contain evidence of this violation or contain contraband. Any search must be conducted at a reasonable time and in a reasonable manner. This condition may be invoked with or without the assistance of law enforcement, including the U.S. Marshals Service.*

*You must permit the search of and/or forensic examination of the eTalk Verizon cellular telephone, which was confiscated from your residence on December 9, 2019. The search of the phone may be conducted by the U.S. Probation Office in the Southern District of Iowa and/or the U.S. Probation Office in the Eastern District of Missouri.*

*You must not access the internet or possess and/or use computers (as defined in 18 U.S.C. § 1030(e)(1)), internet capable devices, cellular telephones, and other electronic communications or data storage devices or media without the prior approval of the U.S. Probation Officer. If computer or internet use for employment is approved by the U.S. Probation Officer, you must permit third party disclosure to any employer or potential employer concerning any computer/internet related restrictions that are imposed upon you.*

*If approved by the U.S. Probation Officer to use or possess computers (as defined in 18 U.S.C. § 1030(e)(1)), internet capable devices, cellular telephones, and other electronic communications or data storage devices or media, you must submit your devices to unannounced examinations/searches, and possible removal for a more thorough inspection. You must allow the installation of monitoring hardware and software on such equipment, abide by and cooperate in supplemental conditions of monitoring, and pay the costs associated with this service, as directed by the U.S. Probation Officer. You must notify third parties who use these devices that the devices are subject to monitoring and/or unannounced examinations.*

*You must serve two consecutive weekend jail sentences at the Polk County, Iowa, Jail, as directed by the U.S. Probation Officer.*

☐ I agree to the above modification based on the cause outlined in the attached petition.

D N ☑ I do not dispute that I have violated the conditions of my supervision, as outlined in the attached petition and agree to the modification of my conditions as outlined above.

☐ I dispute that I have violated the conditions of my supervision, as outlined in the attached petition, but I agree to the modification of my conditions as outlined above.

Witness _____  Signed _____
(U.S. Probation Officer)            (Probationer or Supervised Releasee)

12-10-19
(Date)